CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Tony Forberg, Esq. (SBN 172220)
LAW OFFICES OF TONY FORBERG
16501 Ventura Blvd Suite 400
Encino CA 91436
Telephone: (818) 484-7823
Facsimile: (888) 777-4030
Email: tony@forberglaw.com
Attorney for Defendant
Giovanni Testi, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BRIAN WHITAKER, | Case No.: 2:19-cv-10767-SVW-MRW |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |
| v. | |
| GIOVANNI TESTI, INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

1  Dated: September 04, 2020        CENTER FOR DISABILITY ACCESS

2

3                     By:    /s/ Amanda Seabock
                             Amanda Seabock
4                            Attorneys for Plaintiff

5

6  Dated: September 04, 2020        LAW OFFICES OF TONY FORBERG

7

8
                       By:    /s/ Tony Forberg
9                             Tony Forberg
                              Attorneys for Defendant
10                            Giovanni Testi, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Tony Forberg, counsel for Giovanni Testi, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: September 04, 2020        CENTER FOR DISABILITY ACCESS

                                     By:    /s/ Amanda Seabock
                                                  Amanda Seabock
                                                  Attorneys for Plaintiff